**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Ex Parte Octavian Becciu v. The State of Texas

Appellate case number:    01-19-00800-CR

Trial court case number:  1799007A

Trial court:              County Criminal Court at Law No. 9 of Harris County

Appellant, Octavian Becciu, has filed an unopposed motion to substitute counsel and designate lead counsel. Appellant's motion complies with Texas Rule of Appellate Procedure 6.5. TEX. R. APP. P. 6.5(b), (d). Accordingly, we **grant** appellant's motion.

The Clerk of this Court is **directed** to remove Thomas Branton Mayr as attorney for appellant and to substitute Bob Mabry as lead counsel for appellant.

It is so ORDERED.


Judge's signature:  /s/  Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court


Date:  February 20, 2020